IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| **JEROME A. CASTLE** | * | Case No. 1:13-cr-00219GLR |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PROPOSED ORDER EXCLUDING TIME
### PURSUANT TO THE SPEEDY TRIAL ACT

Upon consideration of the Defendant's Consent Motion to Exclude Time Pursuant to the Speedy Trial Act, it is this ___ day of _____, 2013,

ORDERED, that the Defendant's Consent Motion to Exclude Time Pursuant to the Speedy Trial Act is GRANTED; and it is further

ORDERED, that pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by excluding time outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time from June 5, 2013, until the initial scheduled trial date is excluded from the time computation under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

                                                                                                  _____
                                                                                                  GEORGE L. RUSSELL
                                                                                                  UNITED STATES DISTRICT JUDGE