UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

August 16, 2013

MEMORANDUM TO COUNSEL RE:   United States v. Jerome A. Castle
Criminal Action No. GLR-13-0219

Dear Counsel:

On August 15, 2013, the Court convened a teleconference to discuss the status of this case. This memorandum memorializes the agreements reached during the call.

Counsel for the Defendant indicated that new counsel may be entering their appearance within 10 days of this call. A teleconference has been scheduled for Friday, September 6, 2013, at 12:00 p.m., to determine the status of Defendant's counsel and to discuss the schedule in this case. If new counsel enters their appearance prior to September 6, 2013, Mr. Ravenell will not be required to participate in the teleconference scheduled for that day.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge