**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | **Case No. 1:13-mj-00219-GLR** |
| **)** | |
| ) | |
| ) | |
| **JEROME ADOLFO CASTLE**   ) | |
| ) | |

**STATUS REPORT**

COMES NOW Defendant, Jerome A. Castle, by and through undersigned counsel, and respectfully submits this Status Report, pursuant to the Court's Paperless Order (Dkt. No. 20), and states:

1. Paul Mark Sandler and Matthew A.S. Esworthy entered their appearances on behalf of Mr. Castle on September 6, 2013. Co-counsel for Mr. Castle, Richard Levitt, will be entering his appearance by early next week at the latest.

2. Counsel for Mr. Castle intends to meet with the Government on September 30, 2013, to discuss relevant issues in the case, including discovery and the schedule.

3. Following the September 30, 2013 meeting, counsel for the parties will request that the Court schedule motions dates. If the Court wishes, the parties will present the Court with available dates to avoid any scheduling conflicts.

4. Counsel for Mr. Castle is in the process of retrieving the discovery produced to Mr. Ravenell by the Government.

5. Counsel for Mr. Castle ratifies the existing Order wherein the parties consented to exclude time pursuant to the speedy trial act (Dkt. No. 14).

Respectfully submitted,

/S/
Matthew A.S. Esworthy
Paul Mark Sandler
Shapiro Sher Guinot & Sandler
36 S. Charles St., Suite 2000
Baltimore, Maryland  21201
pms@shapriosher.com
mase@shapirosher.com
 (410) 385-0202 Telephone
(410) 539-7611 Facsimile
*Attorneys for Defendant Jerome Castle*

## CERTIFICATE OF SERVICE

I hereby certify that, the foregoing was served on all parties and counsel *via* ECF.

/s/
Matthew A.S. Esworthy