**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

| | | |
|---|---|---|
| James G. Warwick<br>*Assistant United States Attorney*<br>*James.Warwick@usdoj.gov* | *Suite 400*<br>*36 S. Charles Street*<br>*Baltimore, MD 21201-3119* | *DIRECT: 410-209-4860*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-0717* |

October 22, 2013

Hon. George L. Russell, III
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

        Re:  United States v. Jerome Castle
              Criminal Case No. GLR-13-0219

Dear Judge Russell:

      I write to provide a status report on the above-captioned matter. I am pleased to advise the Court that the parties have reached a resolution of this matter. Mr. Castle has agreed to enter a guilty plea as to the sole count in the indictment, Illegal Reentry of a Removed Alien. The government respectfully requests the Court provide potential dates for a re-arraignment hearing.
      Of course, should you have any questions or need any additional information, please feel free to contact me at (410) 209-4860. I remain

                                      Very truly yours,

                                      Rod J. Rosenstein
                                      United States Attorney

                                      James G. Warwick
                                      Assistant United States Attorney