Jerome Castle #37377083

Federal Detention Center

P.O. Box 5010

Oakdale, LA 71463

RECEIVED IN THE CHAMBERS OF
GEORGE LEVI RUSSELL, III

AUG 8 2014

UNITED STATES DISTRICT JUDGE

To: Honorable Judge Russell III

I first would like to thank you; you have given me the opportunity to reflect on my life and the opportunity to be able to make the necessary changes to be the best person I can be not only for myself, for my family, but most importantly my children. One thing that stuck with me during sentencing was when you asked me about my plans for the future. I neglected to give that any thought. You are right, in that I can be anything I want to be. Sometimes, it takes things to happen via negatively or positively for one to realize who one is, ones strengths/ weaknesses, who one wants to be in society, and the legacy that one wants to leave behind.  I can say today, I have been utilizing this time to make plans for the future. I decided that I wanted to give back to society; In particular, to have a non-profit organization that mentors and empowers the youth. The program encompasses building boys into respectable men and uplifting/ positive self-esteem building for females. I want you to know and hopefully see one day that I am that person that my family and friends depicted in the letters you received.

A motion was filed and granted by Your Honor in reference to my placement in a Federal Institution. Your Honor granted that I would be placed at a facility not too far from Maryland, particularly North of Maryland.  This was also reiterated and discussed during my sentencing hearing.  It should be brought to your attention and it also should be noted that this motion granted by Your Honor has been disregarded, in that my current location is F.D.C. in Oakdale, LA.

I would like to thank you again for not only given me another opportunity to make a difference, but allowing me to see my faults and at the same time grooming me to become a better man.

Best,

*Castle*

Jerome Castle

Jerome A. Castle #37377083
F.D.C
P.O. Box 5010
Oakdale, LA 71463



7012 2210 0001 5191 4716

United State District Court For Maryland
Honorable Judge Russell III.
101 West Lombard Street
Baltimore, MD 21201

Legal mail

21201$2629 C001

Legal mial