UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE LEVI RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

August 11, 2014

Mr. Jerome Castle, #37377083
F.D.C.
P. O. Box 5010
Oakdale, LA  71463

          Re:    USA v. Jerome Castle
                 Criminal Case No.: GLR-13-0219

Dear Mr. Castle:

      I am in receipt of your undated letter, received in my Chambers on August 8, 2014, regarding your designation with the Bureau of Prisons. The Court's Order dated April 15, 2014 ordered the Bureau of Prisons to undertake every effort to designate or transfer you to a facility closer to your family, when bed-space becomes available.

      Unfortunately, once the Court imposes a sentence, matters of this nature are outside of its jurisdiction. The Bureau of Prisons is solely responsible for prisoner designations.

                                      Very truly yours,

                                      George L. Russell, III

c:    w/enclosures
      Counsel of record